

# ORIGINAL

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMANDA HAASE,<br>                    Plaintiff,<br>and<br>TRAVELER'S INDEMNITY COMPANY,<br>                    Defendant. | NO. C05 5403 KLS<br><br>**DECLARATION**<br>**RE: SUBMISSION** |

I, JOHN M. CLARK, attorney for Plaintiff, under penalty of perjury pursuant to the laws of the State of Washington, does hereby state that the attached is a true copy of Insurance Commissioner's Certificate of Service.

Dated this 1st day of September, 2005.



JOHN M. CLARK, WSB# 05493
Attorney for Plaintiff



05-CV-05403-DECL

*DECLARATION RE: SUBMISSION*

JOHN M. CLARK
Attorney at Law
222 E. Fourth Plain Blvd.
Vancouver, WA 98663
360.693.5826
Fax: 360.695.2124

## SUPERIOR COURT OF WASHINGTON
## COUNTY OF CLARK

| | |
|---|---|
| AMANDA HAASE, ) | |
| ) | |
| Plaintiff, ) | **NO.** |
| ) | |
| vs. ) | **INSURANCE COMMISSIONER'S** |
| ) | **CERTIFICATE OF SERVICE** |
| TRAVELER'S INDEMNITY COMPANY ) | |
| ) | |
| Defendant. ) | |

**THIS IS TO CERTIFY** that the Insurance Commissioner of the State of Washington has accepted service of

*Summons (2)/Complaint (2)*

in the above-mentioned matter on May 17, 2005, on behalf of and as statutory attorney for

*The Travelers Indemnity Company*

an authorized foreign or alien insurer, and has forwarded a duplicate copy thereof to said insurance company pursuant to RCW 48.05.200 and 48.05.210.

Receipt of the $10 statutory service fee is acknowledged.

**ISSUED AT OLYMPIA, WASHINGTON:** May 17, 2005

**Certification No.:** 7004 2510 0004 0464 0643

**MIKE KREIDLER**
Insurance Commissioner

By *Charlene Bowman*

Charlene Bowman
Service of Process Coordinator

**Original to:**

John M. Clark
222 E. Fourth Plain Blvd
Vancouver, WA 98663

**Copy to:**

The Travelers Indemnity Company
c/o Corporation Service Company
202 North Phoenix Street
Olympia, WA 98506